# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLIE FAULKNER<br>    Plaintiff(s)<br>v.<br><br>STANDARD INSURANCE COMPANY<br>    Defendant(s) | CASE No C3:17-cv-05391-RS<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R 5)

☒ **Mediation** (ADR L.R. 6)

☐ **Private ADR** *(specify process and provider)*

> *Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*

☐ other requested deadline:

Date: November 13, 2017      /s/ Joseph A. Creitz
                              Attorney for Plaintiff

Date: November 13, 2017      /s/ Jordan S. Altura
                              Attorney for Defendant

---

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: 11/15/17

*[signature]*

U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

---

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form  ADR-Stip rev.  1-2017*

