**Creitz & Serebin LLP**

Joseph A. Creitz, Cal. Bar No. 169552
joe@creitzserebin.com
Lisa Serebin, Cal. Bar No. 146312
lisa@creitzserebin.com
CREITZ & SEREBIN LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
415.466.3090 (tel)
415.513.4475 (fax)
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BILLIE FAULKNER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STANDARD INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No.: 17-cv-5391-RS<br><br>STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE; [~~PROPOSED~~] ORDER<br><br>Fed. R. Civ. P. 41(a)(1)(A)(ii) |

1    IT IS HEREBY STIPULATED, by and between Plaintiff Billie Faulkner and
2 Defendant Standard Insurance Company, that all claims and causes of action in the
3 above-captioned matter shall be dismissed with prejudice pursuant to Federal Rule of
4 Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and attorney's fees.
5 The undersigned do so stipulate and request.
6    Respectfully submitted.

Dated: January 9, 2018

**Creitz & Serebin LLP**

By   /s/ Joseph A. Creitz
     Joseph A. Creitz
     Lisa S. Serebin
     Attorneys for Plaintiff
     Billie Faulkner

Dated: January 9, 2018

GORDON & REES LLP

By   /s/ Jordan Altura
     Jordan Altura
     Tino X. Do
     Attorneys for Defendant
     Standard Insurance Company

/ /
/ /
/ /
/ /
/ /
/ /
/ /

*FAULKNER v. STANDARD INSURANCE COMPANY*, Case No. 17-cv-5391-RS
STIPULATION OF DISMISSAL; ORDER     Page 2

**[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE**

Having reviewed the stipulation of the parties and good cause showing, the Court hereby GRANTS the parties' stipulation and hereby ORDERS that this action, Case No. 17-cv-5391-RS, is dismissed in its entirety, with prejudice, and with each party to bear its own fees, costs, and expenses in this matter.

IT IS SO ORDERED.

Dated: 1/9/18

_____
The Hon. Richard Seeborg
Judge of the United States District Court